Supreme Court, New York Special Term. Reported. N. Y. L. J.,
October 20, 1903.

In the Matter of the Petition of PATRICK W. CULLINAN to Revoke
the Liquor Tax Certificate of PETER CAPDEVILLE & Co.

*H. H. Kellogg,* for petitioner.

*Holm & Smith,* for respondent.

LEVENTRITT, J.   I find myself in accord with Mr. Justice Bisch-
off's carefully considered opinion and conclusion in *People ex rel.
Cullinan* v. *Neus* (L. J. August 8, 1903) and accept its reasoning
as controlling here.   The court must in any event take proof
of the facts, and the power to order a reference for that purpose
is inherent without any express provision.   Petitioner may take
an order of reference, the motion for the final order thereafter
to be made on the usual notice.

Supreme Court, New York Special Term. Reported. N. Y. L. J.,
October 24, 1903.

PATRICK W. CULLINAN v. MARY E. HIGGINS et ANO.

LEVENTRITT, J.   The sixth paragraph of the complaint is not
irrelevant, immaterial or redundant.   It cannot be stricken out.
The defendant has mistaken her remedy.   She should seek relief
by a bill of particulars specifying in what respects, at what
times and upon what occasions the premises were suffered to be
and became disorderly.